## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :  No. 10 EM 2019

v.

ANGEL NATAL

PETITION OF: FRANCIS W.
MCCLOSKEY JR., ESQ.

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of March, 2019, upon consideration of the "Praecipe to be Removed as Counsel," this matter is REMANDED to the Court of Common Pleas of Philadelphia County for that court to determine whether Angel Natal's present counsel should be permitted to withdraw. *See* Pa.R.Crim.P. 120 (providing that counsel must seek leave of court to withdraw).

If present counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Angel Natal being appointed counsel or granted leave to proceed *pro se*.

The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.